DILLINGHAM & MURPHY, LLP
PATRICK J. HAGAN (SBN 68264)
MARK J. ROGERS (SBN 173005)
J. CROSS CREASON (SBN 209492)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:     (415) 397-2700
Facsimile:     (415) 397-3300

Attorneys for Defendant and Cross-Complainant
Z-MAN FISHING PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA  - OAKLAND DIVISION

| | |
|---|---|
| APPLIED ELASTOMERICS, INCORPORATED, a California corporation<br><br>Plaintiff,<br><br>v.<br><br>Z-MAN FISHING PRODUCTS, INCORPORATED, a South Carolina corporation<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. C062469 CW<br><br>Honorable Claudia Wilken<br><br>Trial Date: November 13, 2007 |
| Z-MAN FISHING PRODUCTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED ELASTOMERICS, INC.,<br><br>Defendant. | Case No. C0700011 CW<br><br>ORDER GRANTING STIPULATION RE DISMISSAL OF CONSOLIDATED ACTION |

Applied Elastomerics, Incorporated ("AEI") and Z-Man Fishing Products, Incorporated ("Z-Man"), through their respective attorneys and pursuant to Federal Rule of Civil Procedure 41(a), hereby stipulate as follows:

1  Whereas Z-Man filed an action as Plaintiff against AEI as Defendant in the United District
2  Court for the District of South Carolina on July 13, 2006, entitled "Z-Man Fishing Products, Inc.,
3  Plaintiff v. Applied Elastomerics, Inc., Defendant," Case No. 2:06-cv-02022CWH (the "South
4  Carolina action").

5  Whereas AEI responded on to the South Carolina Action on September 13, 2006 by filing
6  a motion to Stay, Dismiss, or Transfer Venue it to this Court.

7  Whereas the U.S. District Court for the District of South Carolina ruled in AEI's favor on
8  its motion to transfer on December 27, 2006 and transferred the South Carolina action to this
9  Court;

10 Whereas the South Carolina action was subsequently transferred to this Court on January
11 3, 2007 and assigned the case number C-07-00011 RS;

12 Whereas this Court issued an order on February 27, 2007 relating and consolidating the
13 South Carolina action with the original action filed in this Court by AEI against Z-Man, case
14 number 06-2469 CW.

15 Whereas the parties discussed the transfer of the South Carolina action to this Court during
16 their March 2, 2007 appearance before the Court on AEI's motion to dismiss and Z-Man's motion
17 for leave to file an amended answer, and counsel for Z-Man indicated that it was Z-Man's
18 intention to incorporate those claims set forth in the South Carolina action that Z-Man contended
19 to be valid as additional counter-claims in case number 06-2469 and subsequently dismiss the
20 South Carolina lawsuit;

21 Whereas in the Court's March 5, 2007 Order, the Court indicated that Z-Man should
22 include as part of a Third-Amended Counter-complaint those claims from the South Carolina
23 Action it wanted to pursue;

24 Whereas on March 15, 2007, Z-Man filed a Third-Amended Counter-complaint;

25 Whereas Z-Man cannot voluntarily dismiss the South Carolina action without an order
26 from this Court.

27 IT IS HEREBY STIPULATED between AEI and Z-Man as follows:
28 The South Carolina action, case number 07-00011, shall be dismissed in its entirety,

without prejudice, each party to bear its own attorneys' fees and costs.

Dated: April 18, 2007               MORRISON & FOERSTER, LLP


                                By:   /S/     JENNIFER TAYLOR
                                      JENNIFER TAYLOR
                                      Attorneys for Applied Elastomerics, Inc.


Dated: April 18, 2007               DILLINGHAM & MURPHY


                                By:        /S/     MARK ROGERS
                                      MARK J. ROGERS
                                      Attorneys for Z-Man Fishing Products, Inc.


   IT IS SO ORDERED.

       4/23/07
Dated: _____       _____
                                    HONORABLE CLAUDIA WILKEN

Page 3 – Stip. Re Dismissal of Consolidated Action; [Proposed] Order          Case No. C06-2469 CW